# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **LASHANDA WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:18-cv-01657-DDD-JPM |
| | ) | |
| v. | ) | |
| | ) | |
| **ST. GENEVIVE HEALTH CARE SERVICES, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Lashanda Williams, through her undersigned counsel, files this Notice of Voluntary Dismissal of this case with prejudice in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, each side to bear its own costs and attorneys' fees.

Dated: February 26, 2019

Respectfully submitted,

 */s/ Jennifer Solak*
Jennifer Solak
Louisiana Bar Roll # 29979
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Jsolak@lemberglaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served electronically by the U.S. District Court for the Western District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  */s/ Jennifer Solak*

Jennifer Solak, Esq.